**Motion Granted and Order filed September 20, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00929-CV
_____

**ALEX ERAZO, Appellant**

**V.**

**LUIS A SANCHEZ, CHIEF MEDICAL DIRECTOR FOR THE HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES; KIM OGG (FORMALLY DEVON ANDERSON), DISTRICT ATTORNEY FOR HARRIS COUNTY, TEXAS, Appellees**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2014-71507**

---

## ORDER

Appellant's motion for a copy of the supplemental clerk's record requested by appellee on July 27, 2018 is GRANTED. The clerk of this court is ordered to provide appellant with a paper copy of the 2nd Supplemental Clerk's Record, which was filed in this court on September 17, 2018.

PER CURIAM